# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

TAVARIS EAST

_____/

SEALED
INDICTMENT
3:22-cr-60/TKW

THE GRAND JURY CHARGES:

## COUNT ONE

On or about April 26, 2022, in the Northern District of Florida, the

defendant,

**TAVARIS EAST,**

in connection with his acquisition of a firearm, to wit, a Glock 9 millimeter pistol,

from Academy Sports and Outdoors, a federally licensed firearms dealer,

knowingly made a false and fictitious written statement to Academy Sports and

Outdoors, which statement was intended and likely to deceive Academy Sports and

Outdoors as to a fact material to the lawfulness of such acquisition of a firearm by

the defendant under Chapter 44 of Title 18, United States Code, in that the

defendant falsely represented that he was the actual buyer of a firearm, when in

fact, as the defendant then knew, he was buying a firearm on behalf of another

individual.

Returned in open court pursuant to Rule 6(f)

8/16/2022
Date

United States Magistrate Judge

FILED USDC FLND PN
AUG 16 '22 PM1:54

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## CRIMINAL FORFEITURE

The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference. Because the defendant,

## TAVARIS EAST,

knowingly committed the violation set forth in Count One of this Indictment, any and all interest that the defendant has in the firearm involved in this violation is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

████████████████████

FOREPERSON

16 AuG 2022
DATE

JASON R. COODY
United States Attorney

JEFFREY M. THARP
Assistant United States Attorney

2