IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                              CASE NO. 3:22cr60/TKW

**TAVARIS EAST**

_____/

## FACTUAL BASIS FOR GUILTY PLEA

This statement of facts is submitted on behalf of the undersigned parties. All parties agree that if the above-captioned case were to go to trial, the government could produce competent, substantial evidence of the following facts to prove Mr. East is guilty of the offense charged in the Indictment to which Mr. East is pleading guilty. The parties further agree that not all of the facts known from or related to this investigation are contained in this brief summary.

## STATEMENT OF FACTS

On April 27, 2022, Mr. East purchased a Glock pistol from Academy Sports and Outdoors, a federally licensed firearms dealer. On April 26, 2022, Mr. East filled out the ATF Form 4473 for the Glock pistol and checked the box "yes" that he was "the actual transferee/buyer of the firearm(s) listed on this form." He took possession of the Glock pistol on April 27, 2022.

1


FILED USDC FLND PN
JAN 5 '23 AM11:43

On May 24, 2022, Kennon Farrow shot and killed his ex-girlfriend. Later that day, law enforcement located Mr. Farrow in a vehicle, and he was arrested. During the search of the vehicle, law enforcement found the Glock pistol Mr. East purchased on April 27, 2022. Mr. Farrow was transported to the Pensacola Police Department and was interviewed by investigators. During the recorded interview, Mr. Farrow said Mr. East purchased the Glock pistol for him, but Mr. East didn't know he was going to use it to kill anyone.

Pursuant to a state search warrant, law enforcement searched Mr. Farrow's cellular telephone and located messages between Mr. East and Mr. Farrow. The messages appear to show that Mr. Farrow paid Mr. East $100 to purchase the Glock pistol.

On October 26, 2022, Mr. East was interviewed by law enforcement. Post *Miranda*, Mr. East admitted to purchasing the Glock pistol for Mr. Farrow. In addition, he said that he lied on the ATF Form 4473 because he knew he was buying the Glock pistol for Mr. Farrow. Mr. East said he purchased the Glock pistol for Mr. Farrow because Mr. Farrow was a convicted felon, and he could not purchase the firearm for himself.

## ELEMENTS

*Count One* – False Statement to a Firearms Dealer, in violation of Title 18, United States Code, Section 922(a)(6). ECCA Pattern Jury Instruction O34.3.

*First*:  the Defendant bought or tried to buy a firearm from a federally licensed firearms dealer;

*Second*:  the Defendant knowingly made a false or fictitious statement, orally or in writing that was intended to deceive the dealer; and

*Third*:  the subject matter of the false statement was material to the lawfulness of the sale.

WILLIAM BUBSEY
Attorney for Defendant

5 January 2023
Date

TAVARIS EAST
Defendant

1/5/2023
Date

JASON R. COODY
United States Attorney

JEFFREY M. THARP
Florida Bar No. 45066
Assistant United States Attorney
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502-5675
850-444-4000
jeffrey.tharp@usdoj.gov

1/5/2023
Date